IN THE US BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: FREW, DAWNYL TERASA
                    Case No.    17-08218 JMC-7

MOTION TO CONTINUE HEARING
_____

Comes now Gregory K. Silver, trustee and for his Motion to Continue Hearing says:

1. This matter is set on Motion to Abandon of secured creditor and trustee Objection thereto for March 5, 2018 at 11am concerning sale of real estate at 9008 Lighthouse Dr. Indianapolis, Indiana.
2. Trustee has received an offer to sell which is pending with the servicer for the secured creditor which needs an additional 60 days to evaluate offer, appraise and enter an Agreed Entry with trustee to sell.
3. Secured creditor counsel Kristin Durianski will not object to such request per her communication with trustee on March 1, 2018.

Wherefore, trustee requests this matter be continued for at least 60 days.

/s/ Gregory K. Silver, trustee

_____

## CERTIFICATE OF SERVICE

_____

I certify that a copy of the foregoing was sent by the Court's ecf noticing to all parties entitled thereto this 1st day of March, 2018 and specifically to:

UST trustee:ustpregion10.ec@usdoj.gov
Kristin Durianski Esq.:Durianski@codilis.com
Nathan Gooden, Esq.:ngooden@redmanludwig.com

/s/ Gregory K. Silver ,trustee

_____