SO ORDERED: June 29, 2018.



James M. Carr
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAWNYL TERASA FREW, | ) Case No. 17-08218-JMC-7A |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO SELL REAL ESTATE
PURSUANT TO PRIVATE SALE**

THIS MATTER comes before the Court on *Trustee's Motion for Authority to Sell Real Estate Pursuant to Private Sale* filed by Gregory K. Silver, chapter 7 trustee ("Trustee"), on June 7, 2018 (Docket No. 38) (the "Motion"). The Court, having reviewed the Motion, noting that no objection to the Motion was timely filed, and being otherwise duly advised, now **GRANTS** the Motion.

Trustee is authorized to sell the real property located at 9008 Lighthorse Drive, Indianapolis, Indiana 46231 to Samuel Akinbamijo Adegboyega pursuant to the terms of the Purchase Agreement (as amended) attached to the Motion as Exhibit A and the letter agreement

attached to the Motion as Exhibit B, free and clear of liens, claims and interests, with any such valid liens, claims or interests to attach to the proceeds of the sale.

Trustee is authorized to execute any and all documents necessary, including a Trustee Deed, to consummate the sale approved by this order.

The 14-day stay imposed by Fed. R. Bankr. P. 6004(h) shall not be applicable to this order.

IT IS SO ORDERED.

# # #